**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Lino Isaac CARRILLO-HERNANDEZ, also known as Lino Carrillo-Hernandez, also known as Lino Carillo-Hernandez, also known as Lino Isaac Carrillo, also known as Lino Isaac Hernandez Carrillo, also known as Lino Carrillo Hernandez, Defendant-Appellant**

No. 15-20731
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 12/20/2016

Andrew R. Gould, Renata Ann Gowie, Assistant U.S. Attorneys, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Marjorie A. Meyers, Federal Public Defender, Michael Lance Herman, Assistant Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant-Appellant

Before DENNIS, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Lino Isaac Carrillo-Hernandez raises an argument that is foreclosed by *United States v. Gonzalez–Longoria*, 831 F.3d 670 (5th Cir. 2016) (en banc), *petition for cert. filed* (Sept. 29, 2016) (No. 16-6259). In *Gonzalez–Longoria*, we held that 18 U.S.C. § 16(b), which defines a crime of violence when incorporated by reference into U.S.S.G. § 2L1.2(b)(1)(C), is not unconstitutionally vague on its face in light of *Johnson v. United States*, —— U.S. ——, 135 S.Ct. 2551; 192 L.Ed.2d 569 (2015). *Id.* at 672. Accordingly, the motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.